UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CR-00218-D-BM-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER ON MOTION TO SEAL** |
| | ) | |
| TREVON DEANDRE RICE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 77 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This 12 day of November, 2026.

James C. Dever III
UNITED STATES DISTRICT JUDGE